# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>DONGMEI WANG,<br><br>　　　　Defendant. | Case No. 13CR2056-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>[Doc. No. 14] |

　　Based on the motion of the United States and good cause therefore, all charges in the Information against the defendant are **DISMISSED WITH PREJUDICE**. The status hearing on December 18, 2014 is hereby **VACATED**.

　　**IT IS SO ORDERED AND ADJUDGED.**

DATED: December 10, 2014

　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　United States District Judge

1